In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance, Respondent, for an Order to Take Possession of the Property of the RUSSIAN REINSURANCE COMPANY OF PETROGRAD, RUSSIA.

FREDERICK W. CAMPBELL et al., Appellants.

(Argued May 5, 1930; decided June 3, 1930.)

*Frederick B. Campbell, Paul C. Whipp* and *Lounsbury D. Bates* for appellants.

*James F. Donnelly, Afred C. Bennett, John M. Downes* and *Clarence C. Fowler* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.